IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NOELIA GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. 2:21-cv-00148 |
| | § | |
| ORIENT BIORESOURCE CENTER | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Noelia Gonzalez and Defendant Orient Bioresource Center now jointly file this Notice of Settlement.

In support, the parties state as follows:

1.      The parties have reached an agreement to settle this case and anticipate completing the settlement process within the next sixty (60) days.

2.      Accordingly, the Parties request the Court postpone the pending conference setting and associated deadlines to permit the parties to complete the settlement process.

Dated September 29, 2021                               Respectfully submitted,

**THE BAIL LAW FIRM, P.L.L.C.**                        **JACKSON LEWIS P.C.**

/s/ Ashok Bail (by permission)                         /s/ Phillip A. Baggett
Ashok Bail                                             Pamela B. Linberg
Texas Bar No. 24043541                                 Texas Bar No. 00793299
3120 Southwest Freeway, Suite 450                      Phillip A. Baggett
Houston, Texas 77098                                   Texas Bar No. 24092067
Telephone:  (832) 216-6693                             717 Texas Avenue, Suite 1700
Facsimile:   (832) 263-0616                            Houston, Texas 77002
Email:  ashok@baillawfirm.com                          Telephone:  (713) 650-0404
                                                       Facsimile:   (713) 650-0405
**ATTORNEY FOR PLAINTIFF**                             Email:  Pamela.Linberg@jacksonlewis.com
                                                       Email:  Phillip.Baggett@jacksonlewis.com

                                                       **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Southern District of Texas, Corpus Christi Division, on September 29, 2021, and therefore has been served upon all counsel of record in accordance with such e-filing protocols.

/s/ *Phillip A. Baggett*
Phillip A. Baggett